# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TCF INVENTORY FINANCE, INC.<br>a Minnesota corporation<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN RIVER RV, INC.,<br>a California corporation,<br><br>and<br><br>KHURRAM AHMAD,<br>an Individual,<br><br>Defendants. | No. 1:19-cv-616<br><br>Honorable Martha M. Pacold<br><br>Honorable Jeffrey Cummings |

## PLAINTIFF'S MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff TCF Inventory Finance, Inc. ("TCFIF") moves this Court for entry of a consent judgment against Khurram Ahmad in this case. In support thereof, TCFIF states as follows:

1. TCFIF and Ahmad have reached a settlement agreement in this case.

2. Pursuant to the terms of the settlement agreement, TCFIF requests entry of the Order and Consent Judgment agreed to between TCFIF and Ahmad, which is attached hereto as Exhibit A.

WHEREFORE, Plaintiff TCF Inventory Finance, Inc. respectfully requests that this Court enter an Order and Consent Judgment in this case in the form attached hereto as Exhibit A and grant such other and further relief as this Court deems proper.

Respectfully submitted,

/s/ William R. Bay
William R. Bay (6181670)
wbay@thompsoncoburn.com
Thompson Coburn LLP
One US Bank Plaza, Suite 3500

St. Louis, MO 63101
(314) 552-6000

Holly H. Campbell
hcampbell@thompsoncoburn.com
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60657
(312) 346-7500

*Attorneys for TCF Inventory Finance, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2019, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record in this action.

    */s/ William R. Bay*